IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Number 8:01-156 |
| vs. ) | **O R D E R** |
| LYMON BELL ) | |

      This matter is before the court pursuant to a letter from the U.S. Probation Office seeking permission for the defendant to pay $214.00 per month in restitution, rather than $221.00 per month as set forth in the judgment filed August 18, 2003.

      Now, therefore,

      IT IS ORDERED that the judgment filed August 18, 2003, shall be amended to allow the defendant to pay $214.00 per month in restitution. The total amount of restitution remains unchanged at $18,684.00.

      IT IS SO ORDERED.

                                                s/William M. Catoe
                                                United States Magistrate Judge

September 14, 2005

Greenville, South Carolina